DATE: _____10/28/2021_____

REPLY TO
ATTN OF: _____Jake_____

**UNITED STATES DISTRICT COURT**

# memorandum

SUBJECT: Possibly Related Case

CASE NUMBER: ___1:21-cv-910___

CASE CAPTION: ___Power Home Solar LLC v. Orbit Marketing LLC et al___

TO: Magistrate Judge Green

**FILED - GR**
October 28, 2021 2:33 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JU /10-28

According to the   Complaint

the attorney of record indicates this case is related to the cases listed below:

Judge  Hala Y. Jarbou

Case Number ___1:21-cv-703___

Case Number _____

Case Number _____

___X___ Case is related         _____Case is not related

Pursuant to Local Civil Rule 3.3.1(d)(iii)(A), civil cases are deemed related when a filed case:

_____ (1)   relates to property involved in an earlier numbered pending suit

_____ (2)   arises out of the same transaction or occurrence and involves one or more of the
same parties as a pending suit

_____ (3)   involves the validity or infringement of a patent already in suit in any pending
earlier numbered case

___X___ (4)   is a refiling of an earlier case that was dismissed or remanded to state court

COMMENTS BY MAGISTRATE JUDGE: _____

_____

_____

Dated: **Oct 28, 2021**

_____
Signature

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

___X___ Direct assignment performed         JMW         10-28-21
_____ Random assignment performed         Initials         Date

07/15