UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

POWER HOME SOLAR LLC,

       Plaintiff,                   Case No. 1:21–cv–910

v.                               Hon. Jane M. Beckering

ORBIT MARKETING LLC, et al.,

       Defendants.
_____/

## NOTICE OF HEARING CANCELLATION

     The Rule 16 scheduling conference by telephone set in this matter for **July 7, 2022** is hereby **adjourned without date.** The deadline to file the joint status report is also adjourned without date.

                                          JANE M. BECKERING
                                          United States District Judge

Dated:   June 22, 2022          By:    /s/ Rick M. Wolters_____
                                                  Case Manager