# SUMMONS ON THIRD-PARTY COMPLAINT
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Case No.

*Plaintiff*

v.

Hon.

*Defendant, Third-Party Plaintiff*

TO:
ADDRESS:

v.

*Third-Party Defendant*

---

A lawsuit has been filed against defendant, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States as described in Fed. R. Civ. P. 12(a)(3) - you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney and must also be served on the plaintiff or plaintiff's attorney.  If you fail to respond, judgment by default will be entered against you for the relief demanded in the **third-party complaint**.  You must also file your answer or motion with the Court, whose divisional office addresses are indicated below. A copy of the plaintiff's complaint is also attached. You may -but are not required to - respond to plaintiff's original complaint.

CLERK OF COURT

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

DEFENDANT/3RD PARTY PLAINTIFF OR ATTORNEY NAME & ADDRESS

PLAINTIFF OR ATTORNEY NAME & ADDRESS

By: _____
*Deputy Clerk*                *Date*

---

## PROOF OF SERVICE

This summons for _____ was received by me on _____.
                 *name of individual and title, if any*                *date*

☐ I personally served the summons on the individual at _____
                                                        *place where served*
on _____.
   *date*

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                *name*
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      *date*

☐ I served the summons on _____, who is designated by law to accept service
                           *name of individual*
of process on behalf of _____ on _____.
                         *name of organization*         *date*

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                                    _____
                                                    *Server's signature*

Additional information regarding attempted service, etc.:    _____
                                                             *Server's printed name and title*

                                                             _____
                                                             *Server's address*