UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

POWER HOME SOLAR, LLC,

    Plaintiff,

v.

ORBIT MARKETING, LLC, et al.,

    Defendants.

Case No. 1:21-cv-910

HON. JANE M. BECKERING

ORBIT MARKETING, LLC, et al.,

    Third-Party Plaintiffs,

v.

CALEB SCRIBNER,

    Third-Party Defendant.
_____/

## **ORDER**

The Court having been informed that Plaintiff has filed a petition in the United States Bankruptcy Court for the Western District of North Carolina, Case No. 22-50228 (*see* ECF No. 28), and having reviewed the joint notice addressing a potential stay and administrative closure of this matter (ECF No. 31):

**IT IS HEREBY ORDERED** that this matter is STAYED and ADMINISTRATIVELY CLOSED pending termination of the bankruptcy proceedings or further order of the Court. This closing is for administrative purposes only and does not constitute a decision on the merits.

**IT IS FURTHER ORDERED** that any party may move to reopen the action after six (6) months, or sooner if the bankruptcy proceedings are terminated before then.

**IT IS FURTHER ORDERED** that in the event this matter is reopened, the parties shall, no later than fourteen (14) days after the case is reopened, file a joint notice addressing what, if any, proceedings are necessary, including addressing the status of the Third-Party Complaint (ECF No. 20).

Dated: October 28, 2022  /s/ Jane M. Beckering  
JANE M. BECKERING  
United States District Judge